

# NUMBER 13-22-00558-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

THE STATE OF TEXAS,                                                    Appellant,

v.

GERALD CASTRO,                                                          Appellee.

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Tijerina
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for

Cameron County, Texas, has filed a motion for stay of proceedings in the above cause.

On October 5, 2022, appellee Gerald Castro was arrested for the offense of

aggravated assault with a deadly weapon involving family violence. Pursuant to Article

17.292 of the Texas Code of Criminal Procedure, a magistrate issued an emergency protective order to be in effect for a period of sixty-one days from October 6, 2022.

Castro filed a writ of habeas corpus, and on November 15, 2022, the trial court granted Castro's application, thereby vacating the protective order issued against him by the magistrate, which was set to expire on December 6, 2022.

The State has filed a notice of appeal and has requested that all further proceedings be stayed pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a), (e). The Court requests that Castro, by and though counsel, file a response to the motion to stay within ten (10) days from the date of this order. Pending our receipt of Castro's response, the Court grants the State's motion for emergency stay, and we order the trial court's November 15, 2022 judgment stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed this the
22nd day of November, 2022.

2